UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:  
STONEY CREEK KNITTING MILLS

CASE NO.:  
97-00108-8-JRL

## REPORT OF UNCLAIMED FUNDS
### (Rule 3011 of the Federal Rules of Bankruptcy Procedure)

Under Rule 3011 of the Federal Rules of Bankruptcy Procedure, Unclaimed Funds in a Chapter 7 Liquidation, a list of all known names and Address of the entities and the amount which they are entitled to be paid from the remaining property of the estate shall be filed with the Clerk.

| Claim No.: | Name and Last Known Address of Claimant: | Amount of Dividend: |
| --- | --- | --- |
| 6 | Air Flow, Inc.<br>Attention: Managing Agent<br>1850 Powell Road<br>Woodleaf, NC 27054 | $13.95 |
| 132 | AT&T Capital Leasing Services<br>Attention: Managing Agent<br>550 Cochituate Road<br>Framingham, MA 01701 | $505.63 |
| 135 | Artex Group<br>Attention: Managing Agent<br>13410 South Ridge Drive<br>Charlotte, NC 28273 | $12.21 |
| 162 | BTI<br>Attention: Managing Agent<br>P. O. Box 150002<br>Raleigh, NC 27624 | $30.78 |
| 65 | Colonial Pacific Leasing Co.<br>Attention: Managing Agent<br>P. O. Box 1100<br>Tualatin, OR 97062 | $1,182.38 |
| 116 | Citicorp Del Lease, Inc.<br>Attention: Managing Agent<br>450 Mamaroneck Avenue<br>Harrison, NY 10528 | $141.71 |

| | | |
|---|---|---|
| 126 | Clariant Corp.<br>Attention: Credit Dept.<br>P. O. Box 75256, Monroe Road<br>Charlotte, NC 28205 | $160.36 |
| 127 | Carolina Mills, Inc.<br>c/o David Conaway<br>221 South Tryon Street<br>Charlotte, NC 28202 | $259.68 |
| 15 | Danka Industries, Inc.<br>Attention: Managing Agent<br>450 South Wesleyan Blvd.<br>Rocky Mount, NC 27803-1700 | $6.60 |
| 42 | Early Distributing Co., Inc.<br>Attention: Managing Agent<br>P. O. Box 62565<br>Virginia Beach, VA 23462 | $6.48 |
| 45 | Eastman Cutting Room Sales<br>Attention: Managing Agent<br>3250-C Peachtree Corners Circle<br>Norcross, GA 30092-4301 | $6.87 |
| 110 | Fisher-Scientific<br>Attention: Managing Agent<br>P. O. Box 405<br>Pittsburgh, PA 15275 | $6.85 |
| 61 | Hoechst Celanese<br>Attention: Managing Agent<br>P. O. Box 4915<br>Warren, NJ 07060-4915 | $42.67 |
| 112 | Industrial Technology Group, Inc.<br>c/o Thomas S. Thronton<br>P. O. Box 3463<br>Greensboro, NC 27402 | $152.60 |
| 129 | J. Dashew, Inc.<br>Attention: Managing Agent<br>2709 Frederick Avenue<br>Baltimore, MD 21223 | $177.86 |

| | | |
|---|---|---|
| 001 | JSG Transportation<br>Attention: Managing Agent<br>P. O. Box 85<br>Elm City, NC 27822 | $17.89 |
| 75 | Landstar Express America<br>Attention: Managing Agent<br>P. O. Box 19509<br>Charlotte, NC 28219-1434 | $5.29 |
| 59 | Paxar, Inc.<br>Attention: Managing Agent<br>P. O. Box 5916<br>New York, NY 10087-5916 | $21.21 |
| 14 | Peidmont Sewing Supply, Inc.<br>Attention: Managing Agent<br>P. O. Box 36551<br>Charlotte, NC 28236 | $11.30 |
| 96 | Smarthreads<br>Attention: Managing Agent<br>P. O. Box 49926<br>Greensboro, NC 27419 | $11.61 |
| 118 | Taylor Salt & Chemical Corp.<br>Attention: Managing Agent<br>P. O. Box 9890<br>Virginia Beach, VA 23450 | $1,081.45 |
| 104 | Champion Thread Company<br>Attention: Managing Agent<br>1509 Laurel Lane<br>Gastonia, NC 28054 | $256.68 |

This the 17th day of September, 2003.

Law Office of Stephen L. Beaman, P.A.

By: _____
Stephen L. Beaman, N.C. State Bar No. 6021
P.O. Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
email sbeaman@beamanlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Report was served on the below-named persons, on this date by mailing a copy of the said document to them at their addresses as shown below, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

This 17th day of September, 2003.

Law Office of Stephen L. Beaman, P.A.

By: /s/ Stephen L. Beaman

Stephen L. Beaman, N.C. State Bar No. 6021
P.O. Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
email sbeaman@beamanlaw.com

SERVED ON:

Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894

Trustee is not serving this report on all parties therein because all of the checks were returned as undeliverable or no forwarding address.